Bobby Gene ROSS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75607.

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

Mark A. Grothoff, for Appellant.

Mary H. Moore, for Respondent.

Before Division One: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ANTHONY REX GABBERT, Judge.

### ORDER

PER CURIAM:

Appellant Bobby Gene Ross appeals from the denial of his Rule 29.15 motion for post-conviction relief by the Circuit Court of Howard County. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**

STATE of Missouri, Respondent,

v.

James Patrick REARDON, Appellant.

No. WD 75703.

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

Andrew C. Hooper, Jefferson City, for appellant.

Jeannette L. Igbenebor, Kansas City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK and GARY D. WITT, Judges.

ORDER

PER CURIAM.

James Reardon appeals from his conviction for kidnapping. He contends the evidence was insufficient to support his conviction because the State failed to prove the identity of the victim and that he kidnapped the victim for the purpose of inflicting physical injury on her. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the conviction.

AFFIRMED. Rule 30.25(b)